# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

GARRETT OLEN STRAIT                                                        PLAINTIFF

v.                                      No. 4:16-cv-732-DPM

TONY PELTON, Kitchen Staff Management,
Saline County Detention Center; FREDDY WISE,
Kitchen Staff Management, Saline County
Detention Center; PARKER, Sergeant, Saline
County Detention Center; and MASSIET,
Lieutenant, Saline County Detention Center          DEFENDANTS

## JUDGMENT

Strait's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

6 December 2016